UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 07-11717

v.                                          Honorable John Corbett O'Meara

CHARLES J. BARR, *et al.*,

      Defendants.
      _____/

**ORDER DENYING
DEFENDANT CAROLYN BARR'S MOTION FOR RECONSIDERATION**

This matter came before the court on defendant Carolyn Barr's motion for reconsideration of the court's order granting United States' motion for summary judgment. Pursuant to Local Rule 7.1(g)(2), the court ordered the government to file a response; and the government complied in a timely fashion. No oral argument was heard. Id.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case defendant Carolyn Barr's motion for reconsideration merely presents the same issues ruled upon by the court and fails to demonstrate a palpable defect by which the court and the parties have been misled.

**ORDER**

It is hereby **ORDERED** that defendant Carolyn Barr's motion for reconsideration is **DENIED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: May 28, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 28, 2009, by electronic and/or ordinary mail.

                                            s/William Barkholz
                                            Case Manager